```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

U.S. TECHNOLOGY CORPORATION                                PLAINTIFF/
                                                    COUNTER-DEFENDANT

VS.                            CIVIL ACTION NO. 5:08-cv-218(DCB)(JMR)

PAT RAMSAY                                                  DEFENDANT
and
DELTA LOGGING & COMPANY, INC.                              DEFENDANT/
                                                     COUNTER-CLAIMANT

### ORDER AS TO JURY TRIAL PORTION OF CASE

THIS ACTION having come on for trial as to the jury trial portion of this case, which encompassed the Plaintiff's claims enumerated below, and a jury of seven good and lawful jurors having been regularly impaneled and accepted by the parties and sworn according to law to try the issues, and the jury having heard the testimony of witnesses and all of the evidence, and the jury having received instructions by the Court and having heard arguments of counsel, retired to consider their verdict and returned their verdict as follows:

　　1.  As to U.S. Technology's claim of nuisance per se against Pat Ramsay, the jury found for Pat Ramsay.

　　2.  As to U.S. Technology's claim of nuisance per se against Delta Logging, the jury found for Delta Logging.

　　3.  As to U.S. Technology's claim of fraud against Pat Ramsay, the jury found for Pat Ramsay.

　　IT IS, THEREFORE, ORDERED that the Plaintiff, U.S. Technology

Corporation, have and recover nothing of and from the Defendants, Pat Ramsay and Delta Logging & Company, Inc., as to the aforesaid claims.  Further, said claims are hereby dismissed, with prejudice, as to the Defendants Pat Ramsay and Delta Logging & Company, Inc.

A Final Judgment incorporating this Order will be issued at the conclusion of the bench trial portion of this case.

SO ORDERED, this the 7th day of July, 2011.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE