```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

U. S. TECHNOLOGY CORPORATION                                PLAINTIFF

VS.                            CIVIL ACTION NO. 5:08-cv-218(DCB)(JMR)

PAT RAMSAY and
DELTA LOGGING & COMPANY, INC.                              DEFENDANTS

<u>ORDER</u>

    This cause is before the Court on the defendants Pat Ramsay and Delta Logging & Company, Inc.'s Motion to Enforce Settlement Agreement.  A hearing shall be set by the Court following the parties' receipt of this Order.  The issues to be addressed by the parties at the hearing are:

    (1) The parties' rights and obligations under Paragraph 7 of the Settlement Agreement.

    (2) The amount of acreage subject to rent.

    (3) The start date of the rent.

    (4) Whether the defendant has any potential lessees, and, if so, the amount of rent offered (documented under the Rules of Evidence).

    (5) The appropriate appraisal method(s).

    The Court will contact the parties concerning a hearing date.

    SO ORDERED, this the 29th day of January, 2015.

                                            /s/ David Bramlette
                                          UNITED STATES DISTRICT JUDGE