```
            IN UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

U.S. TECHNOLOGY CORPORATION                              PLAINTIFF

VS.                           CIVIL ACTION NO. 5:08-cv-218(DCB)(JCG)

DELTA LOGGING & COMPANY, INC., ET AL.                   DEFENDANTS

ORDER

This cause is before the Court on movant Mississippi Department of Environmental Quality ("MDEQ")'s request for a copy of the transcripts of the evidentiary hearings held in this case on March 26, 2015, and May 19, 2015 **(docket entry 185)**.

In July of 2015, U.S. Technology Corporation and Raymond Williams filed a complaint against MDEQ and two MDEQ employees (civil action no. 5:15-cv-66).  MDEQ asserts that the civil action against it stems from similar facts and circumstances with the instant case, and references the instant case.  MDEQ requests copies of the two transcripts so that it may defend the lawsuit filed against it.

None of the parties in the instant case has filed any objection or response to MDEQ's motion.  The Court therefore assumes that the present motion is without objection, and it shall be granted, with the caveat that the pleadings in the instant case are under seal, and that the transcripts of the hearings shall remain under seal unless lifted by agreement of the parties or by the Court.

Accordingly,

IT IS HEREBY ORDERED that movant Mississippi Department of Environmental Quality's request for a copy of the transcripts of the evidentiary hearings held in this case on March 26, 2015, and May 19, 2015 **(docket entry 185)** is GRANTED, with costs of the transcripts to be paid by movant;

FURTHER ORDERED that the transcripts shall otherwise remain under seal.

SO ORDERED, this the 27th day of August, 2015.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE