```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION


U. S. TECHNOLOGY CORPORATION                              PLAINTIFF

VS.                        CIVIL ACTION NO. 5:08-cv-218(DCB)(JCG)

PAT RAMSAY and
DELTA LOGGING & COMPANY, INC.                            DEFENDANTS
```

ORDER

This cause is before the Court on the following motions: (1) Mississippi Department of Environmental Quality ("MDEQ")'s motion to quash subpoenas pursuant to Fed.R.Civ.P. 45(d)(3) **(docket entry 151)**; (2) plaintiff's motion to compel MDEQ to disclose certain documents and communications **(docket entry 154)**; and (3) plaintiff's motion to strike defendants' proposed findings of fact **(docket entry 181)**.

The first two motions were resolved at the hearing of May 19, 2015. The third motion was based on the late filing of defendants' proposed findings, which the Court in its discretion excused. Accordingly,

IT IS HEREBY ORDERED that the Mississippi Department of Environmental Quality's motion to quash subpoenas pursuant to Fed.R.Civ.P. 45(d)(3) **(docket entry 151)** is DENIED AS MOOT;

FURTHER ORDERED that the plaintiff's motion to compel the Mississippi Department of Environmental Quality to disclose certain documents and communications **(docket entry 154)** is DENIED AS MOOT;

FURTHER ORDERED that the plaintiff U.S. Technology Corporation's motion to strike defendants' proposed findings of fact **(docket entry 181)** is DENIED AS MOOT.

SO ORDERED, this the 23rd day of October, 2015.

/s/ David Bramlette
UNITES STATES DISTRICT JUDGE