IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

U. S. TECHNOLOGY CORPORATION                           PLAINTIFF

VS.                          CIVIL ACTION NO. 5:08-cv-218(DCB)(JMR)

PAT RAMSAY and
DELTA LOGGING & COMPANY, INC.                          DEFENDANTS

JUDGMENT

This cause having come before the Court pursuant to its Order of April 23, 2014, whereby this case was reopened for the purpose of determining the rights and obligations of the parties in accordance with their Confidential Settlement and Release Agreement, and the Court having determined that the defendants are entitled to rental payments from the plaintiff in the amount of $1,701.00 per month for thirteen months (June 2013 through June 2014), for a total of $22,113.00;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the defendants are awarded $22,113.00 from the plaintiff, together with post-judgment interest at the Federal rate of interest set forth in 28 U.S.C. § 1961(a) until paid in full.

SO ORDERED AND ADJUDGED, this the 12th day of February, 2016.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE